IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

BOBBY LEWIS WALTON, JR.,      :
                                :
                                :
     Plaintiff,                 :
                                :
v.                               :      CIVIL ACTION NO.
                                :      3:25-cv-00264-LMM
MERCEDES G. BALL, ESQ.,     :
                                :
                                :
     Defendant.             :

## **ORDER**

This matter is before the Court on the Magistrate Judge's Report and Recommendation, Dkt. No. [3-1]. No objections have been filed in response to the Report and Recommendation. Therefore, pursuant to 28 U.S.C. § 636(b)(1) and Rule 72 of the Federal Rules of Civil Procedure, the Court has reviewed the Report and Recommendation for clear error. It finds none.

Accordingly, the Court **ADOPTS** the Report and Recommendation, Dkt. No. [3-1], as its opinion: this action is **DISMISSED** for failure to state a plausible claim for relief. The Clerk is **DIRECTED** to close the case.

**IT IS SO ORDERED** this 18th day of February, 2026.

**Leigh Martin May**
**Chief United States District Judge**